ESTHER WADLOW

*v.*

THE CITY OF CHICAGO.

*Filed at Ottawa January 20, 1896.*

In all its substantial features this case is similar to *Wadlow* v. *City of Chicago*, (*ante*, p. 176,) and the judgment herein is affirmed for the reasons stated in that case.

WRIT OF ERROR to the County Court of Cook county; the Hon. FRANK SCALES, Judge, presiding.

MONTGOMERY & MONTGOMERY, for plaintiff in error.

JOHN F. HOLLAND, WILLIS E. THORNE, and HARRY RUBENS, Corporation Counsel, for defendant in error.

Per CURIAM: This is a writ of error to the court below to reverse a judgment confirming a special assessment for the improvement of Thirty-fifth street, from South Park avenue to Cottage Grove avenue, in the city of Chicago. The judgment below was by default, and the case is in all its substantial features like the one between the same parties involving an assessment for macadamizing Vincennes avenue. (*Wadlow* v. *City of Chicago, ante*, p. 176.) For the reasons there stated the judgment of the county court will be affirmed in this case.

*Judgment affirmed.*